UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEAN MARC NKEN,

   Petitioner,

   v.

MICHAEL CHERTOFF, Secretary of the United States Department of Homeland Security

   Respondents.

Civil Action No.08-1010 (CKK)

## ORDER
(June 18, 2008)

For the reasons set forth in the accompanying Memorandum Opinion, it is this 18th day of June, 2008, hereby

**ORDERED** the Petitioner's Emergency Petition is DISMISSED, as a final judgment pursuant to Federal Rule of Civil Procedure 54(b), insofar as it requests injunctive relief in the form of a stay of Petitioner's impending removal from the United States. The Court takes no action at this time with respect to, and therefore shall retain, the remainder of the Emergency Petition.

   **SO ORDERED**.

   *This is a final, appealable Order.*

                                                      /s/
                                              COLLEEN KOLLAR-KOTELLY
                                              United States District Judge