# United States District Court
# For the District of Columbia

Jean Marc NKEN,

        Plaintiff(s)  )

        **APPEARANCE**

)
)
        vs.  )    CASE NUMBER  08-1010 (CKK)
Michael CHERTOFF, Secretary of the  )
Department of Homeland Security  )
        Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Elizabeth J. Stevens   as counsel in this
                                       (Attorney's Name)

case for: Michael Chertoff, Secretary of the Department of Homeland Security
                          (Name of party or parties)

3 July 2008
Date

*(Signature)*
Elizabeth J. Stevens
Print Name

Virginia 47445
BAR IDENTIFICATION

DOJ/CIV/OIL/DCS; 450 5th Street NW
Address

Washington, D.C. 20044
City    State    Zip Code

202-616-9752
Phone Number