A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Jean Marc NKEN )
    Plaintiff(s) )   **APPEARANCE**
)
)
    vs. )   CASE NUMBER   08-cv-1010 (CKK)
)
Michael CHERTOFF )
    Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Kathryn L. Moore   as counsel in this
              (Attorney's Name)

case for:   Michael Chertoff, Secretary of the Department of Homeland Security
           (Name of party or parties)

July 3, 2008
Date

Ohio 0078573
BAR IDENTIFICATION

_Kathryn L. Moore_ (signature)
Signature

Kathryn L. Moore
Print Name

P.O. Box 868, Ben Franklin Station
Address

Washington, D.C.   20044
City     State     Zip Code

(202) 305-7099
Phone Number