**United States District Court**
**for the District of Columbia**

| | | |
|---|---|---|
| Jean Marc Nken, | ) | |
|    Petitioner, | ) | Case No. 08-cv-1010 (CKK) |
| | ) | |
| v. | ) | |
| | ) | **Petition for** |
| Michael Chertoff, Secretary of | ) | **Habeas Corpus** |
| Department of Homeland Security, | ) | |
|    Respondent | ) | |

### INTERIM RESPONSE TO RESPONDENT'S SUBMISSION OF JULY 29, 2008

1.      On July 16, 2008 this Court ordered the Parties to submit detailed briefings on the jurisdictional and venue issues posed by this case, pursuant to a Court ordered timetable calling for submission of Respondent's brief on or before July 29, 2008, submission of Petitioner's response on or before August 29, 2008, and submission of Respondent's reply on or before September 8, 2008.

2.      On July 29, 2008 the Respondent submitted its brief pursuant to the Court's July 16, 2008 Order, accompanied by a Motion to Dismiss based on the jurisdictional and venue issues addressed in the brief.

3.      Consistent with the Court's July 16, 2008 Order, Petitioner will be submitting its brief on August 29, 2008 addressing in full the jurisdictional and venue issues mandated by the Court and pursuant to the Court ordered timetable.

4.      The present submission is being made in connection with the Motion to Dismiss submitted by the Respondent with its brief, and pursuant to the requirements of Local Rule 7(b)

that a response to a motion be filed with the Court within 11 days.  We hereby, notify the Court

that the Petitioner's detailed briefing on the jurisdictional and venue issues raised by the Court

and addressed by the Motion to Dismiss and accompanying brief will be provided on August 29,

2008 as ordered by the Court prior to the filing of the Motion to Dismiss.

5.      Counsel for the Petitioner has discussed this matter with counsel for the Respondent, and

they understand and agree that their filing of a Motion to Dismiss did not alter the pre-existing

Court Order and briefing schedule dealing with these issues, and that the Petitioner's response on

the jurisdictional and venue issues raised in the Motion to Dismiss need not be filed before the

Court ordered briefing schedule date of August 29, 2008.


Respectfully submitted this 4th day of August 2008 by:


_____/s/_____
Morton Sklar (DC Bar # 144139)
Executive Director
and
Lynsay Gott
Equal Justice Works Fellow and
Refugee Project Associate
World Organization for Human Rights USA
2029 P Street NW, Suite 301
Washington, DC  20036
Ph: 202-296-5702
Fax: 202-296-5704
msklar@humanrightsusa.org
lgott@humanrightsusa.org
*Counsel for the Petitioner*

## CERTIFICATE OF SERVICE

This is to certify that on August 4, 2008 this Notice of Intent to Respond to Respondent's

Motion to Dismiss Pursuant to the Court's July 16, 2008 Order was electronically served on

counsel for the Respondent via the District Court's ECF system, and by separate electronic mail

communication at the address below:


Gregory G. Katsas
Assistant Attorney General
Civil Division

David J. Kline
Director, District Court Section

Elizabeth J. Stevens
Assistant Director, District Court Section

Kathryn Moore
Trial Attorney, District Court Section
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
kathryn.moore@usdoj.gov