UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JEAN MARC NKEN, <br><br>  Petitioner, <br><br> vs. <br><br> MICHAEL CHERTOFF, Secretary of Department of Homeland Security, <br><br>  Respondent. | Case No. 08-cv-1010 (CKK) |

### MOTION FOR *PRO HAC VICE* ADMISSION PURSUANT TO LCvR 83.2(d)

Petitioner, Jean Marc Nken, through his attorney, Lynsay Gott, Esq., respectfully moves this Court for an order allowing Attorney Lynsay Gott to appear in the above-captioned matter pro hac vice. Petitioner relies on the attached Declaration of Attorney Gott, and LCvR 83.2(d).

DATED this 29th day of August 2008.

Jean Marc Nken,
By and through counsel,

/s/ _____
Morton Sklar
Executive Director
World Organization for Human Rights USA
2029 P Street NW, Suite 301
Washington, DC 20036
Ph: 202-296-5702
msklar@humanrightsusa.org
Counsel for the Petitioner



August 29, 2008

*stopping torture and other human rights abuses through bold and innovative litigation*

STAFF
MORTON SKLAR
Executive Director

THERESA HARRIS
Deputy Director

MONIQUE BEADLE
West Coast Office Director

ELIZABETH BADGER
Refugee Project Director

LYNSAY GOTT
Refugee Project Associate,
Equal Justice Works Fellow

COLLEEN COSTELLO
Human Rights & Anti-Terrorism Project Associate

BRENDEN SLOAN
Executive Assistant

BOARD OF DIRECTORS
RICK WILSON, Chair
RICHARD DIETER, Vice President
LUCIE MORILLON, Vice President
ANDREW MORTON, Secretary/Treasurer
JOANN CHASE
KRISTIN CONNOR
NICHOLAS DIAMOND
KEITH HARPER
BARBARA KAGAN
KATHLEEN LUCAS
JUMANA MUSA
PHILOMENA NWAOKOLO
MONA PAPILLON
ERIC SOTTAS

EAST COAST OFFICE
2029 P St NW, Suite 301
Washington, DC 20036
(202) 296-5702 phone
(202) 296-5704 fax

WEST COAST OFFICE
Los Angeles, CA
(202) 296-5702 phone
(818) 387-8346 fax

Nancy M. Mayer-Whittington
Clerk of the Court
United States District Court for the District of Columbia
Room 1130
333 Constitution Avenue, NW
Washington, DC 20001

Re: Admission *Pro Hac Vice* of Lynsay Gott, Esq.
    *Jean Marc Nken v. Michael Chertoff*
    Case No. 08-cv-1010 (CKK)

Dear Clerk of the Court:

Please see the attached for the following documents in connection with the above-mentioned matter:

1) Motion for Admission *Pro Hac Vice* for Lynsay Gott;
2) Declaration for Admission *Pro Hac Vice* for Lynsay Gott;
3) Proposed Order for Admission *Pro Hac Vice* for Lynsay Gott; and
4) Certificate of Service.

Please feel free to contact either Attorney Gott or myself for further information or to notify us of the status of this motion.

Sincerely,

/s/
Morton Sklar
Executive Director
World Organization for Human Rights USA
2029 P Street, NW, Ste. 301
Washington, D.C. 20036
(202) 296-5702
msklar@humanrightsusa.org
Counsel for the Petitioner

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEAN MARC NKEN,<br><br>    Petitioner,<br>vs.<br><br>MICHAEL CHERTOFF, Secretary of<br>Department of Homeland Security,<br><br>    Respondent. | Case No. 08-cv-1010 (CKK) |

## DECLARATION OF LYNSAY GOTT, ESQ. IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION PURSUANT TO LCvR 83.2(d)

I, Lynsay Gott, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am an attorney at World Organization for Human Rights USA, and counsel for Mr. Jean Marc Nken. My office address is located at 2029 P Street, NW, Suite 301, Washington, D.C., 20036; telephone number: (202) 296-5702.

2. I am a member of the Bar of Maryland.

3. I certify that I have not been disciplined by any bar.

4. I have never previously been admitted *pro hac vice* in this Court.

5. I do engage in the practice of law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar, and I do not have an application for membership to the District of Columbia Bar pending.

6. The name, address and telephone number of the sponsoring attorney of record for Mr. Jean Marc Nken is: Morton D. Sklar, Esq., D.C. Bar. # 144139, Executive Director, World

3

Organization for Human Rights, 2029 P Street, NW, Ste. 301, Washington, D.C. 20036; telephone: (202) 296-5702.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 29th day of August 2008 in Washington, D.C.

_Lynsay Gott / EB_
Lynsay Gott, Esq.
Equal Justice Works Fellow and
Refugee Project Associate
World Organization for Human Rights
2029 P Street, NW, Ste. 301
Washington, D.C. 20036
Ph: 202-296-5702
Fax: 202-296-5704

4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEAN MARC NKEN       )
                     )
         Petitioner, )
    vs.              )
                     )   Case No. 08-cv-1010 (CKK)
MICHAEL CHERTOFF, Secretary of )
Department of Homeland Security, )
                     )
         Respondent. )

## ORDER GRANTING *PRO HAC VICE* ADMISSION PURSUANT TO LCvR 83.2(d) (PROPOSED)

THIS MATTER comes before the Court based on Petitioner Jean Marc Nken's Motion for Admission of Attorney Lynsay Gott to the District Court for the District of Columbia *Pro Hac Vice* and supporting declarations of Attorney Gott. The Court being fully advised;

IT IS HEREBY ORDERED that Lynsay Gott is allowed admission to practice before this Court *Pro Hac Vice* in this action.

DATED this _____ day of _____ 2008.

_____
JUDGE

5

**Certificate of Service**

I hereby certify that on August 29, 2008, a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* was served pursuant to the district court's ECF system as to the following ECF filer:

Gregory G. Katsas
Assistant Attorney General, Civil Division

David J. Kline
Director, District Court Section

Elizabeth J. Stevens
Assistant Director, District Court Section

Kathryn L. Moore
Trial Attorney, District Court Section
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 305-7099

/s/_____
Morton Sklar
Executive Director
World Organization for Human Rights USA
2029 P Street, NW, Ste. 301
Washington, D.C. 20036
(202) 296-5702
msklar@humanrightsusa.org
Counsel for the Petitioner

6