UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JEAN MARC NKEN,<br><br>   Petitioner,<br><br>vs.<br><br>MICHAEL CHERTOFF, Secretary of Department of Homeland Security,<br><br>   Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 08-cv-1010 (CKK)<br>)<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

 Please enter the appearance of the undersigned as additional counsel for Petitioner Jean Marc Nken in the above-captioned matter.

                Respectfully submitted,

Dated:  August 29, 2008      _____/s/_____
                Clifton S. Elgarten (DC Bar #494392)
                Katherine J. Nesbitt (DC Bar # 474681)
                Christopher E. Gagne (DC Bar # 366898)
                CROWELL & MORING, LLP
                1001 Pennsylvania Ave., NW
                Washington, D.C. 20004-2595
                celgarten@crowell.com
                knesbitt@crowell.com
                cgagne@crowell.com
                Ph: 202-624-2523
                Fax: 202-628-5116
                *Counsel for the Petitioner*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on August 29, 2008, this Entry of Appearance was served pursuant to the district court's ECF system as to the following ECF filers:

Gregory G. Katsas
Assistant Attorney General, Civil Division

David J. Kline
Director, District Court Section

Elizabeth J. Stevens
Assistant Director, District Court Section

Ms. Kathryn L. Moore
Trial Attorney, District Court Section
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 305-7099

Morton Sklar
Lynsay Gott
World Organization for Human Rights USA
2029 P Street NW, Suite 301
Washington, DC  20036
Ph: 202-296-5702
Fax: 202-296-5704

                                                    _____/s/_____
                                                    Katherine J. Nesbitt